# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162209

BRENT ADAMS and LOU ANN MORGAN,
Personal Representatives of the ESTATE OF
ZACHARY ADAMS,
           Plaintiffs-Appellants,

v

TRAVERSE CITY LIGHT AND POWER,
          Defendant-Appellee,

and

TREES, INC.,
          Defendant.

_____/

SC: 162209
COA: 341472
Grand Traverse CC: 2016-031740-NO

On order of the Court, the application for leave to appeal the September 24, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2021



p0519

Clerk